

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00157-CV

ESTATE OF GEORGIA ELREDGE MCGOWAN

-----------

FROM THE PROBATE COURT OF DENTON COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

Appellant's brief was originally due on June 14, 2013. Prior to granting appellant his second extension, we received a request from appellee, asking us to grant appellant no further extensions of time because of the harm he incurred in the continued extension of appellant's case. We ultimately set August 23, 2013 as the due date for appellant's brief and informed him that no further extensions would be granted.

When appellant failed to file his brief by August 23, we warned him that we could dismiss the appeal for want of prosecution unless he or any party desiring

---

[1]See Tex. R. App. P. 47.4.

to continue the appeal filed with the court within ten days a motion reasonably explaining the failure to file a brief.  *See* Tex. R. App. P. 38.8(a)(1).  On October 3, Appellant filed a motion to extend time for filing his brief, which we denied, and on October 10, we again notified appellant that the appeal could be dismissed for want of prosecution unless he filed with the court on or before October 21, 2013, a response reasonably explaining the failure to timely file a brief.  *See id.*

Appellant filed a response on October 29 (mailed on October 24), in which he claimed that he intended to file his brief within ten days.  However, his response does not show a reasonable explanation for his failure to file his brief in light of the previous extensions that we have granted him, and we have received no brief from him.[2]

Therefore, because appellant's brief has not been filed, we deny any of appellant's remaining motions and dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  November 14, 2013

---

[2]In appellee's November 4, 2013 letter, he again asks us to dismiss the appeal because the delay continues to harm him and because appellant has received more than ample time to file his brief.